BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

SEALED

FILED
JUN 28 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

In the Matter of the Searches of:

i. Asus desktop, Serial #: 87MOAI625745 located within the desk top tower;
ii. CompuBiz desktop, no serial number;
iii. HP Pavilion, Serial #: 3CR142004V;
iv. Dell Optiplex Model 755, Serial # 9FJWLF1;
v. HP p6510t, Serial # 2MD0300N86;
vi. Enpower, Serial #: E9G4Z8MW;
vii. Dell Optiplex 755, Serial #: BYGSGGI; and
viii. Generic computer, no serial number.

1: 13 SW - 0 0 1 7 2 SKO

ORDER SEALING SEARCH WARRANTS, SEARCH WARRANT APPLICATION, SEALING APPLICATION AND SEALING ORDER

**Under Seal**

The United States of America has applied to this Court for an Order permitting it to file the Search Warrants, Search Warrant Application, Sealing Applications and Sealing Order in the above-captioned matters, in camera under seal. Upon consideration of the application and the entire record herein,

IT IS HEREBY ORDERED that the Search Warrant, Application, underlying documents,

and this Order in the above-entitled proceedings shall be filed with this Court in camera under seal and shall not be disclosed to any person unless otherwise Ordered by this Court.

DATED: June 27, 2013

SHEILA K. OBERTO
U.S. Magistrate Judge